IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20CR_507_-1 |
| | : | |
| CHARLES CLEVEAU POINDEXTER | : | |

The Grand Jury charges:

COUNT ONE

From in or about 2017, continuing up to and including on or about 2019, the exact dates to the Grand Jurors unknown, in the County of Orange, in the Middle District of North Carolina, the Eastern District of California, and elsewhere, CHARLES CLEVEAU POINDEXTER, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

COUNT TWO

From in or about 2017, continuing up to and including in or about 2019, in the County of Orange, in the Middle District of North Carolina, the Eastern District of California, and elsewhere, CHARLES CLEVEAU POINDEXTER knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1,000 feet of a public university; in violation of Title 21, United States Code, Sections 841(a)(1) and 860(a).

COUNT THREE

From in or about 2017, continuing up to and including in or about 2019, in the County of Orange, in the Middle District of North Carolina, the Eastern District of California, and elsewhere, CHARLES CLEVEAU POINDEXTER knowingly and intentionally did unlawfully use a communication facility, that is, a cellular telephone assigned number 910-200-9911, to cause and facilitate the unlawful and intentional distribution of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code,

Section 812, a felony under Title 21, United States Code, Sections 841(a)(1) and 846; in violation of Title 21, United States Code, Section 843(b).

DATED: November 30, 2020

MATTHEW G.T. MARTIN
United States Attorney

*Sandra J Hairston*
BY: SANDRA J. HAIRSTON
First Assistant
United States Attorney

A TRUE BILL:

███████████████████

FOREPERSON

3

Case 1:20-cr-00507-UA   Document 6   Filed 12/01/20   Page 3 of 3